IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>NationsRent, Inc. et al.,<br><br>Debtors | Case Nos. 01-11628 through 01-11639 (PJW)<br><br>Jointly Administered<br>Chapter 11 |
| NationsRent Unsecured Creditors' Liquidating Trust, Perry Mandarino, not personally, but as Trustee,<br><br>Plaintiff,<br><br>v. | District Court Case Nos. (KAJ) |
| E. J. Reynolds, Inc.<br>Cyrk, Inc.<br>Office Management Systems, Inc.<br>Saber Fleet Services, Inc. d/b/a Weiland Tire Service<br>Tacony Corporation<br>Little Beaver, Inc.<br>Diamant Boart, Inc.<br>Tsurumi (America), Inc.<br>Harbor Graphics Corporation<br>Multiquip, Inc.<br>Bobcat Company<br>Nortrax Equipment Co. South LA<br>Nortrax Equipment Co. SE, LLC<br>Partner Industrial Products<br>Rentlink, Inc.<br>Equipment Development Co., Inc.<br>Fischer Group<br>Dossey Holdings, Inc.<br>L&P Financial Services<br>Jeff Falkanger & Associates<br>Morgan Guaranty Trust Company of New York,<br><br>Defendants. | 04-CV-722<br>04-CV-734<br>04-CV-742<br>04-CV-753<br><br>04-CV-808<br>04-CV-997<br>04-CV-1004<br>04-CV-1005<br>04-CV-1007<br>04-CV-1025<br>04-CV-1026<br>04-CV-1044<br>04-CV-1045<br>04-CV-1047<br>04-CV-1054<br>04-CV-1128<br>04-CV-1141<br>04-CV-1155<br>04-CV-1165<br>04-CV-1184<br>04-CV-1192 |

**AFFIDAVIT OF SERVICE**

Jane M. Wojslawowicz, being of full age, deposes and states:

14460/4
11/08/2005 1807433.01

1.  I am a legal secretary employed by the law firm of Lowenstein Sandler, PC, counsel to NationsRent Unsecured Creditor's Liquidating Trust, Perry Mandarino, not personally, but as Trustee.

2.  On November 4, 2005, I caused true and correct copies of the Order Scheduling Telephonic Conference for Monday, November 14, 2005 at 5:00 p.m. EST attached hereto as Exhibit "A" to be served on the service list annexed hereto **via United States Postal Service, first class mail, postage pre-paid.**

3.  I certify, under penalty of perjury, that the aforementioned statements made by me are true to the best of my knowledge and belief.

_____
Jane M. Wojslawowicz

Sworn before me on 8th day of
November, 2005

_____
Notary Public
YVETTE ASH
A Notary Public Of New Jersey
My Commission Expires Sept. 14, 2008

## SERVICE LIST

Mary E. Augustine, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899-5130

Jeffrey Margolin, Esq.
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, New York 10004

Jeffrey Wisler, Esq.
Cristina M. Thompson, Esq.
Connolly Bove Lodge & Hutz, LLP
The Nemours Building
1007 North Orange Street
Wilmington, Delaware 19801

G. Christopher Meyer, Esq.
Squire Sanders & Dempsey, LLP
4900 Public Square
Cleveland, Ohio 44114-1304

Les Shayo, Esq.
8383 Wilshire Boulevard
Suite 510
Beverly Hills, California 90211

Brett D. Fallon, Esq.
Patrick M. Leathem, Esq.
Morris James Hitchens & Williams, LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, Delaware 19899-2306

President/CEO
Equipment Development Co.
100 Thomas Johnson Drive
Frederick, Maryland 21702

President/CEO
Fischer Group
305 South Andrews
Fort Lauderdale, Florida 33301

Christopher A. Camardello, Esq.
Wintrop & Weinstine, PA
225 South Sixth Street, Suite 3500
Minneapolis, Minnesota 55402

Thomas G. Whalen, Jr., Esq.
Stevens & Lee, PC
1105 North Market Street, 7th Floor
Wilmington, Delaware 19801

Andrea S. Hartley, Esq.
Akerman Senterfitt
One Southeast Third Avenue, 28th Floor
Miami, Florida 33131-1714

President/CEO
L & P Financial Services
8905 East Garvey
Rosemead, California 91770

Jeffrey P. Wasserman, Esq.
Ciconte Roseman & Wasserman
1300 King Street
P.O. Box 1126
Wilmington, Delaware 19899

President/CEO
Morgan Guaranty Trust Co.
500 Stanton Christiana Road
Newark, Delaware 19713

Richard H. Cross, Esq.
Amy Evans, Esq.
Cross & Simon, LLC
913 North Market Street, Suite 1001
P. O. Box 1380
Wilmington, Delaware 19801-1380

Richard C. Macias, Esq.
Creim Macias & Koenig, LLP
633 West 5th Street, 51st Floor
Los Angeles, California 90071

William D. Sullivan, Esq.
Buchanan Ingersoll, PC
The Nemours Building
1007 North Orange Street, Suite 1110
Wilmington, Delaware 19801-1236

Judy M. Jones, Esq.
Cross & Simon, LLC
913 North Market Street, Suite 1001
P. O. Box 1380
Wilmington, Delaware 19801-1380

Eric Linderman, Esq.
Harris Beach, LLP
805 Third Avenue
New York, New York 10022

Kenneth R. Moore
President/CEO
Saber Fleet Services, Inc. d/b/a Weiland Tire Servic
15600 Bourline Road
Fort Worth, Texas 76111

Gary Vist, Esq.
Masudafunai
203 North LaSalle Street, Suite 2500
Chicago, Illinois 60601-1262

Richard N. Riley, Esq.
Duane Morris, LLP
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801-1246

# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>NationsRent, Inc., et al.,<br><br>Debtors. | Case Nos. 01-11628 through 01-11639 (PJW)<br><br>Jointly Administered<br>Chapter 11 |
| NationsRent Unsecured Creditors' Liquidating Trust, Perry Mandarino, not personally, but as Trustee,<br><br>Plaintiff,<br>v. | District Court Case Nos. (KAJ): |
| EJ Reynolds, Inc. | 04-CV-722 |
| Cyrk Inc. | 04-CV-734 |
| Office Management Systems Inc. | 04-CV-742 |
| Saber Fleet Services, Inc. d/b/a Weiland Tire Service | 04-CV-753 |
| Tacony Corporation | 04-CV-808 |
| Little Beaver, Inc. | 04-CV-997 |
| Diamant Boart Inc. | 04-CV-1004 |
| Tsurumi (America) Inc. | 04-CV-1005 |
| Harbor Graphics Corporation | 04-CV-1007 |
| Multiquip Inc. | 04-CV-1025 |
| Bobcat Company | 04-CV-1026 |
| Nortrax Equipment Co. South LA | 04-CV-1044 |
| Nortrax Equipment Co. SE, LLC | 04-CV-1045 |
| Partner Industrial Products | 04-CV-1047 |
| Rentlink Inc. | 04-CV-1054 |
| Equipment Development Co., Inc. | 04-CV-1128 |

| | |
|---|---|
| Fischer Group | 04-CV-1141 |
| Dossey Holdings, Inc. | 04-CV-1155 |
| L&P Financial Services | 04-CV-1165 |
| Jeff Falkanger & Associates | 04-CV-1184 |
| Morgan Guaranty Trust Company of New York | 04-CV-1192 |
| Defendants. | |

## ORDER

At Wilmington this 1st day of **November, 2005**.

IT IS ORDERED that a teleconference has been scheduled for **Monday, November 14, 2005 at 5:00 p.m. EST** with Magistrate Judge Thynge to discuss the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences. **Plaintiff's counsel has provided the following as the dial-in number for the teleconference:**

~~Toll Free Dial In Number:        (877) 807-5706~~

HOST CODE:                836077

PARTICIPANT CODE:         300694

Plaintiff's counsel shall provide all counsel and unrepresented parties with a copy of this Order.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

2

Counsel and the parties are required to review and be prepared to discuss the attachment to this Order during the teleconference.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE

## TELECONFERENCE PREPARATION REQUIREMENTS

The following are some areas that the Court will focus upon during the teleconference, if applicable. Counsel are required to be prepared to discuss these areas and shall advise the Court of other issues that may affect ADR.

1. The parties' interest in ADR and the type of ADR (e.g., mediation; arbitration, binding or non-binding, with or without high/low; neutral evaluation; summary or mini bench or jury proceeding).

2. The timing of any ADR process. <u>Note:</u> Generally, the Court's availability is approximately 140+ days from the teleconference date.

3. The availability of counsel, the parties and/or their decision makers.

4. The length of time needed for the scheduled ADR process (e.g., more than one day).

5. The identities of any non-parties who have an interest or influence on the outcome of the litigation, and whether they were notified by counsel or the parties of the teleconference. For example, such non-parties would include health care or workers' compensation lienholders, excess carriers, or unsecured creditors in bankruptcy adversary proceedings. <u>Note:</u> If any non-party's interest would likely prevent a resolution if not a participant in the selected ADR process, or whom counsel or a party feels may be necessary for an effective ADR process to occur, then counsel or the party shall advise the non-party or its representative of the date and time of the teleconference and their required participation.

4

6. Any ancillary litigation pending/planned which could affect the ADR process in this case, including companion cases filed in this Court or other courts, and arbitration proceedings.

7. Previous efforts, if any, by the parties or their counsel to resolve this matter.

8. The identification of any outstanding liens, the amounts verified, and whether the liens are negotiable or limited by governmental regulations or statutes (federal, state or local).

9. The identification of other information required to appropriately and reasonably value this matter prior to the ADR process selected. If the information will not be available or completed by the time of the teleconference, counsel shall have an understanding of the type of information, reports, data and necessary discovery before ADR should occur.

## Jacqueline Lately

**From:** ded_nefreply@ded.uscourts.gov
**Sent:** Tuesday, November 01, 2005 4:44 PM
**To:** ded_ecf@ded.uscourts.gov
**Subject:** Activity in Case 1:04-cv-01192-KAJ NationsRent Trust, et al v. Morgan Guaranty "Order Setting Teleconference"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from cab, entered on 11/1/2005 at 4:44 PM EST and filed on 11/1/2005

Case Name:        NationsRent Trust, et al v. Reynolds Inc.
Case Number:      1:04-cv-722
Filer:
**Document Number:** 18

Case Name:        NationsRent Trust, et al v. Cyrk Inc.
Case Number:      1:04-cv-734
Filer:
**Document Number:** 18

Case Name:        NationsRent Trust, et al v. Office Management
Case Number:      1:04-cv-742
Filer:
**Document Number:** 18

Case Name:        NationsRent Trust, et al v. Saber Fleet Services
Case Number:      1:04-cv-753
Filer:
**Document Number:** 24

Case Name:        NationsRent Trust, et al v. Tacony Corporation
Case Number:      1:04-cv-808
Filer:
**Document Number:** 18

Case Name:        NationsRent Trust, et al v. Little Beaver Inc.
Case Number:      1:04-cv-997
Filer:
**Document Number:** 18

Case Name:        NationsRent Trust, et al v. Diamant Boart Inc.
Case Number:      1:04-cv-1004
Filer:

11/2/2005

| | |
|---|---|
| Document Number: | 10 |
| Case Name: | NationsRent Trust, et al v. Tsurumi (America) |
| Case Number: | 1:04-cv-1005 |
| Filer: | |
| Document Number: | 18 |
| Case Name: | NationsRent Trust, et al v. Harbor Graphics Corp |
| Case Number: | 1:04-cv-1007 |
| Filer: | |
| Document Number: | 18 |
| Case Name: | NationsRent Trust, et al v. Multiquip Inc. |
| Case Number: | 1:04-cv-1025 |
| Filer: | |
| Document Number: | 19 |
| Case Name: | NationsRent Trust, et al v. Bobcat Company |
| Case Number: | 1:04-cv-1026 |
| Filer: | |
| Document Number: | 19 |
| Case Name: | NationsRent Trust, et al v. Nortax Equipment Co. |
| Case Number: | 1:04-cv-1044 |
| Filer: | |
| Document Number: | 17 |
| Case Name: | NationsRent Trust, et al v. Nortax Equipment SE |
| Case Number: | 1:04-cv-1045 |
| Filer: | |
| Document Number: | 19 |
| Case Name: | NationsRent Trust, et al v. Partner Industrial |
| Case Number: | 1:04-cv-1047 |
| Filer: | |
| Document Number: | 18 |
| Case Name: | NationsRent Trust, et al v. Rentlink Inc. |
| Case Number: | 1:04-cv-1054 |
| Filer: | |
| Document Number: | 17 |
| Case Name: | NationsRent Trust, et al v. Equipment Develop. |
| Case Number: | 1:04-cv-1128 |
| Filer: | |
| Document Number: | 23 |
| Case Name: | NationsRent Trust, et al v. Fischer Group |
| Case Number: | 1:04-cv-1141 |
| Filer: | |
| Document Number: | 23 |
| Case Name: | NationsRent Trust, et al v. Dossey Holdings Inc |
| Case Number: | 1:04-cv-1155 |
| Filer: | |
| Document Number: | 20 |
| Case Name: | NationsRent Trust, et al v. L&P Financial |

11/2/2005

| | |
|---|---|
| Case Number: | 1:04-cv-1165 |
| Filer: | |
| Document Number: | 23 |
| Case Name: | NationsRent Trust, et al v. Falkanger & Asso. |
| Case Number: | 1:04-cv-1184 |
| Filer: | |
| Document Number: | 18 |
| Case Name: | NationsRent Trust, et al v. Morgan Guaranty |
| Case Number: | 1:04-cv-1192 |
| Filer: | |
| Document Number: | 22 |

**Docket Text:**
Order Setting Teleconference: Telephone Conference set for 11/14/2005 05:00 PM before Honorable Mary Pat Thynge to discuss ADR. Signed by Judge Mary Pat Thynge on 11/1/2005. (cab, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=11/1/2005] [FileNumber=120910-0]
[1089cfab2eb85c364c670fef7edbb38c3d3f3518343938ee9819e52b7608ba976231
a9e8eb0c6fdf25ad582590a1095e4b171030167ed426936494f9f2c09e1b]]

**1:04-cv-722 Notice will be electronically mailed to:**

Brett D. Fallon    bfallon@morrisjames.com,

Christopher A. Ward    bankserve@bayardfirm.com, cward@bayardfirm.com

**1:04-cv-722 Notice will be delivered by other means to:**

**1:04-cv-734 Notice will be electronically mailed to:**

Ashley Blake Stitzer    astitzer@bayardfirm.com, astitzer@bayardfirm.com

Christopher A. Ward    bankserve@bayardfirm.com, cward@bayardfirm.com

Jeffrey C. Wisler    jwisler@cblh.com,

**1:04-cv-734 Notice will be delivered by other means to:**

**1:04-cv-742 Notice will be electronically mailed to:**

Christopher A. Ward    bankserve@bayardfirm.com, cward@bayardfirm.com

**1:04-cv-742 Notice will be delivered by other means to:**

11/2/2005

Beth E. Valocchi
Valocchi & Sasso, P.A.
3513 Concord Pike
Suite 2000
Wilmington, DE 19803

**1:04-cv-753 Notice will be electronically mailed to:**

Christopher A. Ward     bankserve@bayardfirm.com, cward@bayardfirm.com

**1:04-cv-753 Notice will be delivered by other means to:**

**1:04-cv-808 Notice will be electronically mailed to:**

Christopher A. Ward     bankserve@bayardfirm.com, cward@bayardfirm.com

Jeffrey P. Wasserman    bankruptcy@crwdelaw.com

**1:04-cv-808 Notice will be delivered by other means to:**

**1:04-cv-997 Notice will be electronically mailed to:**

Ashley Blake Stitzer    astitzer@bayardfirm.com, astitzer@bayardfirm.com

Jeffrey P. Wasserman    bankruptcy@crwdelaw.com

**1:04-cv-997 Notice will be delivered by other means to:**

**1:04-cv-1004 Notice will be electronically mailed to:**

Ashley Blake Stitzer    astitzer@bayardfirm.com, astitzer@bayardfirm.com

**1:04-cv-1004 Notice will be delivered by other means to:**

**1:04-cv-1005 Notice will be electronically mailed to:**

Ashley Blake Stitzer    astitzer@bayardfirm.com, astitzer@bayardfirm.com

**1:04-cv-1005 Notice will be delivered by other means to:**

**1:04-cv-1007 Notice will be electronically mailed to:**

Ashley Blake Stitzer    astitzer@bayardfirm.com, astitzer@bayardfirm.com

Thomas Gerard Whalen , Jr    tgw@stevenslee.com,

**1:04-cv-1007 Notice will be delivered by other means to:**

**1:04-cv-1025 Notice will be electronically mailed to:**

Amy Elizabeth Evans    aevans@crosslaw.com,

11/2/2005

Ashley Blake Stitzer    astitzer@bayardfirm.com, astitzer@bayardfirm.com

**1:04-cv-1025 Notice will be delivered by other means to:**

**1:04-cv-1026 Notice will be electronically mailed to:**

Frederick Brian Rosner    frosner@jshllp-de.com,

Ashley Blake Stitzer    astitzer@bayardfirm.com, astitzer@bayardfirm.com

**1:04-cv-1026 Notice will be delivered by other means to:**

**1:04-cv-1044 Notice will be electronically mailed to:**

Ashley Blake Stitzer    astitzer@bayardfirm.com, astitzer@bayardfirm.com

**1:04-cv-1044 Notice will be delivered by other means to:**

**1:04-cv-1045 Notice will be electronically mailed to:**

Ashley Blake Stitzer    astitzer@bayardfirm.com, astitzer@bayardfirm.com

**1:04-cv-1045 Notice will be delivered by other means to:**

William D. Sullivan
Buchanan Ingersoll P.C.
The Nemours Building
1007 North Orange Street, Suite 1110
Wilmington, DE 19801-1236

**1:04-cv-1047 Notice will be electronically mailed to:**

Ashley Blake Stitzer    astitzer@bayardfirm.com, astitzer@bayardfirm.com

**1:04-cv-1047 Notice will be delivered by other means to:**

**1:04-cv-1054 Notice will be electronically mailed to:**

Ashley Blake Stitzer    astitzer@bayardfirm.com, astitzer@bayardfirm.com

**1:04-cv-1054 Notice will be delivered by other means to:**

**1:04-cv-1128 Notice will be electronically mailed to:**

Ashley Blake Stitzer    astitzer@bayardfirm.com, astitzer@bayardfirm.com

**1:04-cv-1128 Notice will be delivered by other means to:**

**1:04-cv-1141 Notice will be electronically mailed to:**

Ashley Blake Stitzer    astitzer@bayardfirm.com, astitzer@bayardfirm.com

**1:04-cv-1141 Notice will be delivered by other means to:**

**1:04-cv-1155 Notice will be electronically mailed to:**

Ashley Blake Stitzer    astitzer@bayardfirm.com, astitzer@bayardfirm.com

**1:04-cv-1155 Notice will be delivered by other means to:**

**1:04-cv-1165 Notice will be electronically mailed to:**

Ashley Blake Stitzer    astitzer@bayardfirm.com, astitzer@bayardfirm.com

**1:04-cv-1165 Notice will be delivered by other means to:**

**1:04-cv-1184 Notice will be electronically mailed to:**

Ashley Blake Stitzer    astitzer@bayardfirm.com, astitzer@bayardfirm.com

**1:04-cv-1184 Notice will be delivered by other means to:**

**1:04-cv-1192 Notice will be electronically mailed to:**

Ashley Blake Stitzer    astitzer@bayardfirm.com, astitzer@bayardfirm.com

**1:04-cv-1192 Notice will be delivered by other means to:**

11/2/2005