IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>NationsRent, Inc. et al.,<br><br>              Debtors | Case Nos. 01-11628 through 01-11639<br>(PJW)<br><br>Jointly Administered<br>Chapter 11 |
| NationsRent Unsecured Creditors'<br>Liquidating Trust, Perry Mandarino,<br>not personally, but as Trustee,<br><br>              Plaintiff,<br><br>      v. | District Court Case Nos. (KAJ) |

| | |
|---|---|
| 3-D/Coastal Oil Company | 04-CV-1033 |
| Action Tire Company | 04-CV-1031 |
| Ael Leasing Co., Inc. | 04-CV-767 |
| Allied Products | 04-CV-983 |
| Alternators Unlimited Reb. | 04-CV-988 |
| ASAP Equipment Rental & Sales | 04-CV-716 |
| Barloworld Handling, LP | 04-CV-1125 |
| BBF, Ltd. | 04-CV-800 |
| Bobcat Company | 04-CV-1026 |
| Buckeye Tire and Service | 04-CV-1072 |
| C.G.&E. | 04-CV-802 |
| Collision Pro | 04-CV-1149 |
| Colorado Fasteners | 04-CV-1135 |
| Commercial Tire, Inc. | 04-CV-806 |
| Contractors Machinery Co., Inc. | 04-CV-795 |
| Corporate Express | 04-CV-1001 |
| Creative Financial Staffing | 04-CV-1021 |
| CST Corporation | 04-CV-1161 |
| Cyrk, Inc. a/k/a Cyrk Acquisition | 04-CV-734 |
| Dawson Personnel | 04-CV-719 |
| DCR Transport Serv. | 04-CV-720 |
| Diamant Boart, Inc. | 04-CV-1004 |
| Diamond Hydraulics | 04-CV-1006 |
| Don's Tire Service, Inc. | 04-CV-1106 |
| Dossey Holdings, Inc. | 04-CV-1155 |
| Douglass Distributing | 04-CV-1114 |
| Ed Perry Tire Corp. | 04-CV-1121 |
| EMC Corp. | 04-CV-1090 |
| Falkanger & Associates | 04-CV-1184 |

| | |
|---|---|
| GCR Pensacola Truck Tire Ctr. | 04-CV-730 |
| GFC Leasing | 04-CV-1051 |
| GSR Construction, Inc. | 04-CV-768 |
| Harbor Graphics Corporation | 04-CV-1007 |
| Harte-Hanks | 04-CV-739 |
| Hunt & Sons | 04-CV-1019 |
| Husqvarna Forest & Garden | 04-CV-1176 |
| Igloo Products Corp. | 04-CV-1042 |
| Illuminating Company | 04-CV-1070 |
| Interstate Battery | 04-CV-1182 |
| Jimmy's Garage | 04-CV-1080 |
| Keson Industries, Inc. | 04-CV-1116 |
| Little Beaver, Inc. | 04-CV-997 |
| Lockhart Tire | 04-CV-1062 |
| Maxim Manufacturing | 04-CV-1000 |
| Miller Bros. Giant Tire Service--Jacksonville, Inc. | 04-CV-1178 |
| Miller Spreader Co. | 04-CV-1008 |
| Multiquip, Inc. | 04-CV-1025 |
| Napa Auto Parts | 04-CV-1193 |
| Napa Auto Parts of Franklin | 04-CV-1073 |
| Nationswide Rental | 04-CV-1069 |
| Neff Rental, Inc. | 04-CV-785 |
| Nortrax Equipment Co. SE, LLC | 04-CV-1045 |
| Office Management Systems, Inc. | 04-CV-742 |
| Original Equipment Replacement Parts, Inc. | 04-CV-777 |
| Orlando Industrial Contractors | 04-CV-776 |
| Partner Industrial Products | 04-CV-1047 |
| Peterson Tire, Inc. | 04-CV-1061 |
| Pro-Cut Products, Inc. | 04-CV-746 |
| Progressive Tractor Corp. | 04-CV-791 |
| Ray and Sons, Inc. | 04-CV-774 |
| Reeder Distributors, Inc. | 04-CV-749 |
| Rentlink, Inc. | 04-CV-1054 |
| Southeastern Crane | 04-CV-799 |
| Southern Energy Company | 04-CV-1084 |
| Southern Linc | 04-CV-1093 |
| Star Tire Company, Inc. | 04-CV-1050 |
| Stewart & Stevenson | 04-CV-1101 |
| Tacony Corporation | 04-CV-808 |
| Tire Centers, LLC | 04-CV-1133 |
| TMP Worldwide, Inc. a/k/a Monster Worldwide, Inc. | 04-CV-986 |
| Triton Transport, Inc. | 04-CV-1196 |
| Truck Lease Corp. | 04-CV-1198 |

| | |
|---|---|
| Tsurumi (America), Inc. | 04-CV-1005 |
| US Imaging Solutions | 04-CV-1012 |
| Vermeer Equipment of Texas, Inc. | 04-CV-1166 |
| Vic's Tire Service | 04-CV-804 |
| Viking Oil | 04-CV-1081 |
| Watkins Oil Co., Inc. | 04-CV-1097 |
| World Wide Welding & Press, Inc., | 04-CV-1103 |

Defendants.

## AFFIDAVIT OF SERVICE

Jane M. Wojslawowicz, being of full age, deposes and states:

1.     I am a legal secretary employed by the law firm of Lowenstein Sandler, PC, counsel to NationsRent Unsecured Creditor's Liquidating Trust, Perry Mandarino, not personally, but as Trustee.

2.     On March 22, 2006, I caused true and correct copies of the Interim Status Report in Adversary Proceedings to be served on the service list annexed hereto **via United States Postal Service, first class mail, postage pre-paid.**

3.     I certify, under penalty of perjury, that the aforementioned statements made by me are true to the best of my knowledge and belief.

Jane M. Wojslawowicz

Sworn before me on 23rd day of
March, 2006

Notary Public

YVETTE ASH
A Notary Public Of New Jersey
My Commission Expires Sept. 14, 2008

**In re NationsRent, Inc., et al.**
**Case Nos. 01-11628 through 01-11639**

**Service List**

William G. Wright, Esq.
Farr Burke Gambacorta & Wright
211 Benigno Boulevard, Suite 201
Bellmawr, New Jersey 08031

Mr. Warren Benner
Don's Tire Service, Inc.
4145 Whidden Boulevard
Suite 5 & 6
Charlotte, Florida 33980

President/CEO
GSR Construction, Inc.
932 Massachusetts, Suite 304
Lawrence, Kansas 66044

President/CEO
GSR Construction Services
3010 North State Road 217
Brownsburg, IN 46112

Jessica E. Price, Esq.
Brouse McDowell
1001 Lakeside Avenue, Suite 1600
Cleveland, Ohio 44114

Alan L. Chochran, President
Orlando Industrial Contractors
P.O. Box 590728
Orlando, Florida 32859-0728

Bernard E. Brooks
4800 Sugar Grove Boulevard, Suite 610
Stafford, Texas 77477

Daniel Kerrick, Esq.
Ciconte Roseman & Wasserman
1300 King Street
Wilmington, Delaware 19801

Mr. William Eason
Credit Manager
Action Tire Company
410 Lee's Mill Road
Forest Park, Georgia 30297

Joyce W. Lindauer, Esq.
8140 Walnut Hill Lane, Suite 301
Dallas, Texas 75231

Amy Evans, Esq.
Cross & Simon, LLC
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380

Mr. Joe Baker, President/CEO
BBF Printing Solutions, Inc.
10950 Belcher Road
Largo, Florida 33777

Jeffrey P. Wasserman, Esq.
Ciconte Roseman & Wasserman
1300 King Street
Wilmington, Delaware 19801

President/CEO
Colorado Fasteners-Metric, Inc.
1323 Sherman Drive
Longmount, Colorado  80501

Lee Watson, Esq.
Wingfoot Commercial Tire Systems, LLC
1000 South 21st Street
Fort Smith, Arkansas  72901

Robert Matz, Chairman
M-L Holdings Company
4601 Washington Boulevard
Baltimore, Maryland  21227

Darrell M. Daley, Esq.
Faegre & Benson, LLP
1900 15th Street
Boulder, Colorado  80302-5414

Sam O. Simmerman, Esq.
Krugliak Wilkins Griffiths & Dougherty Co., LPA
4775 Munson Street, NW
P.O. Box 36963
Canton, Ohio 44753-6963

Jeffrey Margolin, Esq.
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, New York  10004

Betty Jane Orfley
C/o Fazio Dawson DiSalvo Cannon, et al.
Attention:  John C. Borrego, Esq.
633 South Andrews Avenue, Suite 500
Fort Lauderdale, Florida  33301

G. Christopher Meyer, Esq.
Squire Sanders & Dempsey, LLP
4900 Key Tower
127 Public Square
Cleveland, Ohio  44114-1304

Stephen J. Schechter
921 East main
League City, Texas 77573

Lee Chayo, Esq.
8383 Wilshire Boulevard, Suite 510
Beverly Hills, California 90211

James W. Hodges, Esq.
4475 Mission Boulevard, Suite 216
San Diego, California 92109-3966

Andrea S. Hartley, Esq.
Akerman Senterfitt
One S. E. 3rd Avenue
Miami, Florida 33131

President/CEO
GCR Pensacola Truck Tire Center
7801 Rosecran Street
Paramount, California 90723

President/CEO
GCR Pensacola Truck Tire Center
3414 Highway 21
Atmore, Alabama 36502

Garvan F. McDaniel, Esq.
Bifferato Gentilotti & Biden, PA
1308 Delaware Avenue
Wilmington, Delaware 19806

Christopher A. Carmardello, Esq.
Winthrop & Weinstine, PA
225 South Sixth Street, Suite 3500
Minneapolis, Minnesota 55402

William D. Sullivan, Esq.
Buchanan Ingersoll, Esq.
The Nemours Building
1007 North Orange Street, Suite 1110
Wilmington, Delaware 19801-1236

Joshua Hunt, CEO
Hunt & Sons, Inc.
5750 South Watt Avenue
Sacramento, California 95829

Nicole Fiori, Esq.
Igloo Products Corp.
777 Igloo Road
Katy, Texas 77494

President/CEO
Jimmy's Garage
945 Main Street
Wilmington, MA  01887

Timothy E. Cronin, Esq.
Roosevelt Glen Corporate Center
799 Roosevelt Road, Suite 3-100
Glen Ellyn, Illinois 60137

Matthew C. Collins, Esq.
Metz Lewis, LLC
11 Stanwix Street, 18th Floor
Pittsburgh, Pennsylvania 15222

Suzanne M. Hill, Esq.
Potter Anderson & Corroon, LLP
1313 North Market Street
P.O. Box 951
Wilmington, Delaware 19899-0951

Carl G. James, Esq.
8000 Hub Parkway
Cleveland, Ohio 44125

Richard C. Macias, Esq.
Creim Macias & Koenig, LLP
633 West 5th Street, 51st Floor
Los Angeles, California 90071

Kim J. Robinson, Esq.
Barrack Ferrazzano Kirschbaum Perlman & Nagelberg, LLP
333 West Wacker Drive, Suite 2700
Chicago, Illinois 60606

Mr. Bob Dillon
NAPA Auto Parts of Franklin
1545 Columbia Avenue
Franklin, TN 37064

Charles J. Brown, III, Esq.
Elfuzon Austin Reardon Tarlove & Mondell
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, Delaware 19899

Amy Evans, Esq.
Cross & Simon, LLC
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380

Mr. Richard Turner, President
Original Equipment Replacement Parts
3700 Fiscal Court
River Beach, Florida 33404-1723

Michael St. Patrick Baxter, Esq.
Covington & Burling
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401

Scot Pierce, Esq.
Bracket & Ellis, PC
100 Main Street
Fort Worth, Texas 76102-3090

Eric H. Lindeman, Esq.
Harris Beach, LLP
805 Third Avenue
New York, New York 10022

Brian E. Farnan, Esq.
Phillips Goldman & Spence, PA
1200 North Broom Street
Wilmington, Delaware 19806

Ms. Jo Anne Hennigan
Tire Centers, LLC
310 Inglesby Parkway
P.O. Box 218
Duncan, South Carolina 29334

Carl N. Kunz, III, Esq.
Morris James Hitchens & Williams, LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19899

Mr. Jason Weilan, Controller
Triton Transport, Inc.
7820 Chubb Road
Northville, Michigan 48167-9604

Glenn A. Manochi, Esq.
1520 Locust Street, 12th Floor
Philadelphia, Pennsylvania 19102

Richard W. Riley, Esq.
Duane Morris, LLP
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801

Dennis A. Meloro, Esq.
Greenberg Traurig
1000 West Street, Suite 1540
Wilmington, Delaware 19801

Mr. Victor Almaguer
Vic's Tire Service
1712 East Riverside
Austin, Texas  78741

Jeffrey C. Wisler, Esq.
Connolly Bove Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899

Eric French, Esq.
139 East 4th Street
25 Atrium II
Cincinnati, Ohio 45202

Corporation Service Company
Stewart & Stevenson Employee Services, Inc.
40 Technology Parkway S., #300
Norcross, Georgia 30092

President/CEO
Nationwide Equipment
11950 New Kings Road
Jacksonville, Florida 32219

President/CEO
CST Corporation
450 Cips Street
Watseka, Illinois 60970

Pro-cut Products, Inc.
P.O. Box 2898
Grainsville, Georgia 30503
Nevada Corporate Center, Inc.
DCR transport Services, Ltd.
1151 Airport Road, Suite 2
Minden, Nevada 89423

Allied Products Group
751 North Bolingbrook Drive, Building 16
Bowling Brook, Illinois 60440

Barloworld Handling, LP
P.O. Box 402473
Atlanta, Georgia  30384

Mr. Leonard C. Ruby
Interstate Battery System of America, Inc.
12770 Merit Drive, Suite 400
Dallas, Texas  75251